Michael A. DesJardins (SBN 145970)
**DESJARDINS & PANITZ, LLP**
210 West Birch Street, Suite 202
Brea, California  92821
Telephone:   (714) 265-2100
Facsimile:    (714) 494-8215
md@desjardinslaw.com

Attorneys for Plaintiff
JAMIE SALAZAR

Gloria Jan (SBN 2165440)
Steve L. Hernández (SBN 229065)
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894
gjan@btlaw.com
shernandez@btlaw.com

Attorneys for Defendant
ASC INDUSTRIES, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE SALAZAR, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>ASC INDUSTRIES, INC., an Ohio Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO: 5:14-cv-00033-JGB-DTB<br><br>**ORDER TO DISMISS** |

1  The Court has reviewed Plaintiff's Stipulation and [Proposed] Order to
2  Dismiss and finds good cause to grant the requested relief, as the Parties have
3  represented that they have entered into and fully executed a Settlement Agreement
4  resolving all claims by Plaintiff against Defendant and the Settlement Agreement
5  entered into and executed by Plaintiff and Defendant provides, among other things,
6  that Plaintiff will dismiss this case against Defendant, with prejudice.
7  **THEREFORE, IT IS HEREBY ORDERED THAT** this case is dismissed
8  in its entirety, with prejudice. Each side is to bear its own costs and attorney fees.

**IT IS SO ORDERED.**

Date: November 7, 2014

_____
Hon. Jesus G. Bernal
United States District Judge